## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **MICHAEL MILACEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-18-505-R** |
| | ) | |
| **NANCY BERRYHILL,** | ) | |
| **Acting Commissioner of the Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before this Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered November 29, 2018. Doc. 20. Plaintiff has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Therefore, Judge Jones's Report and Recommendation is ADOPTED in its entirety and the decision of the Commissioner is AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 18th day of December 2018.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**